# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD HENRY

NO. 2025 KW 1131

**DECEMBER 30, 2025**

---

In Re:    Richard Henry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-82-0223.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on February 27, 2024, the commissioner issued an Order setting forth that relator's previously filed petition for postconviction relief failed to meet the requirements for a properly filed application for postconviction relief. The commissioner ordered that relator file a Uniform Application for Postconviction relief using the proper form within thirty days of its order and attached a copy of the Uniform Application to the Order. According to the clerk's records, relator did not refile an application for postconviction relief as ordered. Therefore, a properly filed application for postconviction relief is not of record.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT